UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHADD WESLEY VANHOOSE                                        PLAINTIFF

v.                                    CIVIL ACTION NO. 3:09CV-P562-S

SGT. VALENTINE *et al.*                                            DEFENDANTS

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) & (2) for failure to state a claim upon which relief may be granted and for seeking damages from defendants immune from such relief.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
          Defendants
          General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4411.005